as the name of but one attorney or firm of attorneys will be inserted from the same place.

Attorneys desiring their names placed in our Directory will please advise us at once, with references, as applications first received, will be first considered. In a number of cases we have received several applications for the same place. Applicants will be duly informed when applications have been approved. The schedule of rates for insertion of name in Directory, is fixed in accordance with population and importance of city or town in which applicant resides.

Quite a number of attorneys have already been retained in important cases, by means of advertising in our Directory.

The Supreme Court adjourned to Monday, March 1st, 1886. Argument of cases will not begin until second Monday in March.

## THE SUPREME COURT OF GEORGIA,

*Dicisions Rendered February 9, 1886.*

REPORTED BY J. H. LUMPKIN, REPORTER

### BLOUNT *vs.* STATE.

LARCENY FROM THE HOUSE, FROM CITY COURT OF ATLANTA. Criminal Law. Larceny. (Before Judge Clarke.)

Hall, J.—Where an indictment charged the defendant with stealing two dollars in lawful currency of the United States, and the proof showed that the money stolen was two silver dollars, this sufficiently established the description of the indictment. Rev. Stats. U. S., §§3565, 3566, 3567.

(a) This case does not fall within the ruling in 64 Ga., 61.
Judgment affirmed.
Gray & Way, for plaintiff in error.
H. C. Glenn, solicitor city court, by brief, for the State.